UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILFREDO TORRES,<br><br>                    Plaintiff,<br><br>       -against-<br><br>U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT,<br><br>                    Defendant. | 22-CV-2774 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 21, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure, and alternatively, under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 21, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge